United States Bankruptcy Court
District of

# Voluntary Petition

Name of Debtor (If individual, enter Last, First, Middle):
Owens, Patricia, A.

Name of Joint Debtor (Spouse) (Last, First, Middle):

All Other Names used by the debtor in the last 6 years (include married, maiden and trade names):
none

All Other Names used by the joint debtor in the last 6 years (include married, maiden and trade names):

Last four digits of Soc. Sec. No./Complete EIN or other Tax I.D. No. (if more than one, state all): xxx-xx-6459

Last four digits of Soc. Sec. No./Complete EIN or other Tax I.D. N (if more than one, state all):

Street Address of Debtor (No. and street, city, state, zip):
8836 S. Michigan Avenue
Chicago, Illinois 60619

Street Address of Joint Debtor (No. and street, city, state, zip):

County of Residence or Principal Place of Business: Cook

County of Residence or Principal Place of Business:

Mailing Address of Debtor (If different from street address):

Mailing Address of Joint Debtor (If different from street address):

Location of Principal Assets of Business Debtor (If different from addresses listed above)

## Information Regarding Debtor (Check the Applicable Boxes)

**Venue** (Check any applicable box)

X Debtor has been domiciled or has had a residence, principal place of business or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner or partnership pending in this district

**Type of Debtor** (Check all boxes that apply)

X Individual
☐ Corporation
☐ Partnership
☐ Other
☐ Railroad
☐ Stockbroker
☐ Commodity Broker
☐ Clearing Bank

**Chapter or Section of Bankruptcy Code Under Which the Petition is Filed** (Check one box)

☐ Chapter 7
☐ Chapter 11
X Chapter 13
☐ Chapter 9
☐ Chapter 12
☐ § 304-Case ancillary to foreign proceeding.

**Nature of Debt** (Check one box)

X Consumer/Non-Business ☐ Business

**Filing Fee** (Check one box)

☐ Full Filing Fee attached.
X Filing Fee to be paid in installments (Applicable to individuals o

Must attach signed application for the court's consideration certifyin that the debtor is unable to pay fee except in installments. Rule 1006 See Official Form No. 3

**Chapter 11 Small Business** (Check all boxes that apply)

☐ Debtor is a small business as defined in 11 U.S.C. § 101.
☐ Debtor is and elects to be considered a small business under 11 U.S.C. § 1121(e) (Optional)

**Statistical/Administrative Information** (Estimates Only)

☐ Debtor estimates that funds will be available for distribution to unsecured creditors.
X Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE FOR COURT USE ON

Estimated Number of Creditors

| 1-15 | 16-49 | 50-99 | 100-199 | 200-999 | 1000-over |
|---|---|---|---|---|---|
| ☐ | X | | | | |

Estimated Assets

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $100 million | More than $100 million |
|---|---|---|---|---|---|---|
| ☐ | ☐ | X | ☐ | | | ☐ |

Estimated Debts

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $100 million | More than $100 million |
|---|---|---|---|---|---|---|
| ☐ | ☐ | X | ☐ | | | |

**Voluntary Petition**
*(This page must be completed and filed in every case)*

Name of Debtor(s): PATRICIA A. OWENS

Prior Bankruptcy Case Filed Within Last 6 Years (If more than one, attach additional sheet)

| Location Where Filed: NORTHERN DISTRICT OF ILLINOIS | Case Number: 07-08570 | Date Filed: 5/10/2007 |
|---|---|---|

Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor (If more than one, attach additional sheet.)

| Name of Debtor: ~~PATRICIA A. OWENS~~ — NONE — | Case Number: | Date Filed: |
|---|---|---|
| District: ~~NORTHERN DIST. OF ILLINOIS~~ | Relationship: | Judge: |

## Signatures

**Signature(s) of Debtor(s) (Individual/Joint)**

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11,12,13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X [signature]
Signature of Debtor

X
Signature of Joint Debtor

Telephone (If not represented by attorney)

4/11/2008
Date

**Signature of Attorney**

X Ernest E. Wiley, Jr.
Signature of Attorney for Debtor(s)

ERNEST E. WILEY, JR.
Printed Name of Attorney for Debtor(s)

SAME
Firm Name

1701 So. 1st Avenue, #404-E
Address
MAYWOOD, ILLINOIS 60153

708/466-1684
Telephone Number

4/11/2008
Date

**Signature(s) of Debtor(s) (Corporation/Partnership)**

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

If debtor is a corporation filing under chapter 11, United States Code, specified in this petition.

X
Signature of Authorized Individual

Print or Type Name of Authorized Individual

Title of Authorized Individual by Debtor to File this Petition

Date

**EXHIBIT A**

(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11)

☐ Exhibit A is attached and made part of this petition.

**EXHIBIT B**

(To be completed if debtor is an individual whose debts are primarily consumer debts)

I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter.

X Ernest E. Wiley, Jr. 4/11/08
Signature of Attorney for Debtor(s) Date

**EXHIBIT C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.
☒ No

**Signature of Non-Attorney Petition Preparer**

I certify that I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110, that I prepared this document for compensation, and that I have provided the debtor with a copy of this document.

Printed Name of Bankruptcy Petition Preparer

Social Security Number (Required by 11 U.S.C. 110(c).)

Address

Names and Social Security numbers of all other Individuals who prepared or assisted in preparing this document:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

X
Signature of Bankruptcy Petition Preparer

Date

A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. § 110; 18 U.S.C. § 156.

Blumberg's Law Products
Form B6D (10/05)

In re: Owens, Patricia A. Debtor(s) Case No. (if known)

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER (See Instructions) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTON AND MARKET VALUE OF PROPERTY SUBJECT OF LIEN | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION IF ANY | C U D * |
|---|---|---|---|---|---|---|
| A/C # 100158xxxx<br>Specialized Loan Ser<br>8742 Lucent Blvd. STE.300<br>Highlands Ranch, CO.801292386 | | | VALUE $ 143,319<br>1/2006<br>mortgage<br>2-flat rental real estate<br>$ 150,000 approx. FMV | $ 143,319 | -0- | |
| A/C # | | | VALUE $ | | | |
| A/C # | | | VALUE $ | | | |
| A/C # | | | VALUE $ | | | |
| A/C # | | | VALUE $ | | | |
| A/C # | | | VALUE $ | | | |
| A/C # | | | VALUE $ | | | |

-0- Continuation Sheets attached.

| | |
|---|---|
| Subtotal -> (Total of this page) | $ 143,319 |
| Total -> (use only on last page of the completed Schedule D.) | 143,319 |

*If contingent, enter C; if unliquidated, enter U; if disputed, enter D.

(Report total also on Summary of Schedules)


Form B6E (10/05)

In re: Owens, Patricia A. Debtor(s) Case No. (if known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPE OF PRIORITY CLAIMS** (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic Support Obligations**
Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. §507(a)(1).

☐ **Extensions of credit in an involuntary case**
Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C §507(a)(3).

☐ **Wages, salaries, and commissions**
Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees (and commissions owing to qualifying independent sales representatives) up to $10,000* per person, earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. §507(a)(4)

☐ **Contributions to employee benefit plans**
Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. §507(a)(5).

☐ **Certain farmers and fishermen**
Claims of certain farmers and fishermen, up to a maximum of $4,925* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. §507(a)(6).

☐ **Deposits by individuals**
Claims of individuals up to a maximum of $2,225* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. §507(a)(7)

XX **Taxes and Certain Other Debts Owed to Governmental Units**
Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. §507(a)(8).

☐ **Commitments to Maintain the Capital of an Insured Depository Institution**
Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. §507(a)(9)

☐ **Claims for Death or Personal Injury While Debtor Was Intoxicated**
Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. §507(a)(10).

*Amounts are subject to adjustment on April 1, 2007, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBT | HWJC | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CUD* | TOTAL AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|
| A/C# Notice #CP 521 | | W | | | | |
| SSN: 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<br>Department of the Treasury<br>Internal Revenue Service<br>P.O.Box 21126,Philadelphia,PA.19114 | | | 2002;2003;2004;2005;2006 | | $ 11,000 approx. | $ 11,000 |
| A/C# | | | | | | |
| ALSO:Internal Revenue Service<br>Mail Stop 5010 CHI<br>230 S. Dearborn Street<br>~~Chicago, Il. 60604~~ | | | | | | |
| A/C# | | | | | | |
| | | | | | | |
| A/C# | | | | | | |
| | | | | | | |
| A/C# | | | | | | |
| | | | | | | |

_________ Continuation sheets attached.

Subtotal -> (Total of this page) $ 11,000

Total -> (use only on last page of the completed Schedule E) $ 11,000

(Report total also on Summary of Schedules)

* If contingent, enter C; if unliquidated., enter U; if disputed , enter D.

Form B6F (10/05)

In re: Owens, Patricia A. Debtor(s) Case No. (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

☐ Check this box if debtor has no creditors holding unsecured nonpriority claims to report on this Schedule F.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER (See Instructions) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C U D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL |
|---|---|---|---|---|---|
| A/C # 3957343;ref#5467020003121855<br>Leading Edge Recovery Solutions,LLC<br>5440 N. Cumberland Ave.STE 300<br>Chicago,Il. 60656-1490 | | | Various dates.<br>consumer loan<br>(delinquent Household Bank a/c) | | $ 6,800 |
| A/C # 0000676920<br>Nationwide Loans,L.P.<br>3435 N. Cicero Ave,<br>Chicago, Il.60641<br>c/o Pekay & Blitstein,P.C.<br>77 West Washington,#719<br>Chicago,Il.60602 | | | 10/01/06<br>Promissory note/security agreemnt.<br>(07-M1-196180, judgement on 2/19/08)<br>(PAY DAY LOAN) | | 2,200 |
| A/C # | | | | | |
| A/C # 02002277-02<br>A All Financial Services,Inc.<br>7901 S. Vincennes<br>Chicago,Il. 60619 | | | 3/02/2007<br>PAY DAY LOAN<br>(07-M3-002947, judgement on 2/06/2008) | | 1,000 |
| A/C # CL23-877810007<br>The Payday Loan Store of Illinois,Inc.<br>1215 E.87th St.<br>Chicago, Il. 60619 | | | 3/29/2007<br>PAY DAY LOAN | | 800 |
| A/C # 211-128901<br>America's Financial Choice,Inc.<br>Halsted Branch Office<br>10302 S. Halsted St.<br>Chicago, Il. 60643 | | | 4/13/2007<br>PAY DAY LOAN | | 1,000 |
| A/C # 458-0159375<br>QC Financial Services,Inc.<br>d/b/a National Quik Cash and<br>d/b/a National Quik Cash #458<br>8202 S.Stony Island Ave.<br>Chicago, Il. 60617 | | | 3/28/2007<br>PAY DAY LOAN | | 900 |
| | | | | Subtotal -> | $ 12,700 |
| | | | | Total -> | $ |

1 continuation sheets attached.

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules)



©BlumbergExcelsior, Inc., PUBLISHER, NYC 10013

Blumberg Excelsior, Inc., Publisher NYC 10013 www.blumberg.com

In re: Owens, Patricia A. Debtor(s) Case No. (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

☐ Check this box if debtor has no creditors holding unsecured nonpriority claims to report on this Schedule F

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | H W J C * | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C U D ** | AMOUNT OF CLAIM |
|---|---|---|---|---|---|
| A/C # 2426<br>Illinois Lending Corporation<br>100 W. Randolph street<br>Chicago,Il.60601 | | | 3/02/2007<br>PAY DAY LOAN | | $ 2,100 |
| A/C # 638000870242xxxx-71<br>450 Winks Lane<br>Instant Credit Dept.<br>Bensalem, PA.19020<br>BEDFORD FAIR | | W | 5/2001<br>revolving a/c | | 600 |
| A/C # 5178052387524370<br>Capital One Bank USA<br>P.O.Box 30281<br>Salt Lake City, UT 841300281 | | | 11/2003<br>revolving a/c | | 1,400 |
| A/C # 4227-65102381-38<br>Chase BP<br>P.O.Box 15298<br>Wilmington,DE. 198505298 | | | 07/1981<br>revolving a/c | | 1,700 |
| A/C # 5440-4550-1128-59<br>HSBC Bank<br>P.O.Box 98706<br>Las Vegas, NV. 891938706 | | | 1/2004<br>Consumer goods | | 250 |
| A/C # 150001137<br>Peoples Gas<br>130 E. Randolph St.<br>Chicago, Il. 606016207 | | | 11/1989<br>Utility | | 1,200 |
| A/C # 201283<br>AFNI, Inc.<br>404 Brock Dr.<br>P.O.Box 3097<br>Bloomington, Il. 617023097 | | | | | 285 |
| A/C # | | | | | |
| A/C # | | | | | |

-0- Continuation Sheets attached.

Subtotal -> (Total of this page) $ 7,535

Total -> $ 20,235

(use only on last page of completed Schedule F.)

* If husband, enter H; if wife, enter W; if joint enter J, if community, enter C.

** If contingent, enter C; if unliquidated, enter U; if disputed, enter D.