```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION
IN RE:                                         CASE NO. 08 B 09316
   PATRICIA A OWENS
                                               CHAPTER 13

                                               JUDGE: JACQUELINE P COX

           Debtor
   SSN XXX-XX-6459

--------------------------------------------------------------------------------
               TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
     The case was filed on 04/16/2008 and was not confirmed.

     The case was dismissed without confirmation 06/16/2008.
--------------------------------------------------------------------------------
CREDITOR NAME              CLASS            CLAIM AMOUNT      INTEREST       PRINCIPAL
                                                              PAID           PAID
--------------------------------------------------------------------------------
SPECIALIZED LOAN SERVICI  SECURED NOT I          .00              .00             .00
SELECT PORTFOLIO SERVICI  CURRENT MORTG          .00              .00             .00
SELECT PORTFOLIO SERVICI  SECURED NOT I      4509.68              .00             .00
KLEUVER & PLATT           NOTICE ONLY       NOT FILED             .00             .00
INTERNAL REVENUE SERVICE  PRIORITY           2408.06              .00             .00
INTERNAL REVENUE SERVICE  UNSECURED          6747.66              .00             .00
ERNEST WILEY & ASSOC      DEBTOR ATTY            .00                              .00
TOM VAUGHN                TRUSTEE                                                 .00
DEBTOR REFUND             REFUND                                                  .00

     Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------
                     RECEIPTS             DISBURSEMENTS
--------------------------------------------------------------------------------
TRUSTEE                    .00

PRIORITY                                         .00
SECURED                                          .00
UNSECURED                                        .00
ADMINISTRATIVE                                   .00
TRUSTEE COMPENSATION                             .00
DEBTOR REFUND                                    .00
                     --------------        --------------
TOTALS                     .00                   .00

     Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                 /s/ Tom Vaughn
     Dated: 09/24/08             _____
                                 TOM VAUGHN
                                 CHAPTER 13 TRUSTEE
```